# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| INC, PARKWAY IMAGING | §    Case No. 11-17209 |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/22/2011 . The undersigned trustee was appointed on 04/22/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $         15,000.59

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,141.61 |
| Bank service fees | 139.27 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 13,719.71 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 09/12/2011 and the deadline for filing governmental claims was 09/12/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.06 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,250.05 , for a total compensation of $ 2,250.05 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 138.50 , for total expenses of $ 138.50 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/15/2012         By:/s/BRADLEY J. WALLER
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17209
Case Name: INC, PARKWAY IMAGING
Trustee Name: BRADLEY J. WALLER

Balance on hand $ 13,719.71

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 2,250.05 | $ 0.00 | $ 2,250.05 |
| Trustee Expenses: BRADLEY J. WALLER | $ 138.50 | $ 0.00 | $ 138.50 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,520.00 | $ 0.00 | $ 1,520.00 |

Total to be paid for chapter 7 administrative expenses $ 3,908.55

Remaining Balance $ 9,811.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 201,009.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FedEx Tech Connect Inc | $ 359.43 | $ 0.00 | $ 17.54 |
| 3 | Commonwealth Edison Company | $ 548.46 | $ 0.00 | $ 26.77 |
| 4 | Pakor | $ 1,061.38 | $ 0.00 | $ 51.81 |
| 5 | Uline | $ 123.54 | $ 0.00 | $ 6.03 |
| 6 | Alllied Waste Services | $ 199.17 | $ 0.00 | $ 9.72 |
| 7 | Drytac | $ 2,614.50 | $ 0.00 | $ 127.61 |
| 8 | FedEx Freight Inc | $ 230.72 | $ 0.00 | $ 11.26 |
| 9 | Midland Paper | $ 2,124.66 | $ 0.00 | $ 103.70 |
| 10 | American Express Bank, FSB | $ 41,371.07 | $ 0.00 | $ 2,019.30 |
| 11 | Sitex Realty Group, LLC | $ 152,376.70 | $ 0.00 | $ 7,437.42 |

Total to be paid to timely general unsecured creditors       $       9,811.16

Remaining Balance                                            $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Page: 1
Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 11-17209 BB Judge: BRUCE W. BLACK
Case Name: INC, PARKWAY IMAGING
For Period Ending: 02/15/12

Trustee Name: BRADLEY J. WALLER
Date Filed (f) or Converted (c): 04/22/11 (f)
341(a) Meeting Date: 06/08/11
Claims Bar Date: 09/12/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account at Harris Bank | 1.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Checking account with Standard Bank | 35.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Checking account with American Chartered Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Various accounts receivable- see attached docume | 45,127.72 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. 2006 Ford E 250 | 8,705.00 | 8,705.00 | | 6,250.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 2006 Lexus GS 300 | 13,575.00 | 13,575.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2008 Chevrolet HHR LS Wagon | 10,440.00 | 10,440.00 | | 8,750.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Durst Rho Printer - located at 1233 Naperville D | 20,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Zund cutting board Paid in full | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. Durst Lambda Pi5- paid in full | 8,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.59 | FA |
| TOTALS (Excluding Unknown Values) | $107,933.72 | $32,720.00 | | $15,000.59 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 3)   Ver: 16.05

Page: 2
Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | |
|---|---|
| Case No: | 11-17209    BB    Judge: BRUCE W. BLACK |
| Case Name: | INC, PARKWAY IMAGING |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 04/22/11 (f) |
| 341(a) Meeting Date: | 06/08/11 |
| Claims Bar Date: | 09/12/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

Exhibit B

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-17209 -BB  
Case Name: INC, PARKWAY IMAGING  
Taxpayer ID No: ******0851  
For Period Ending: 02/15/12

Trustee Name: BRADLEY J. WALLER  
Bank Name: The Bank of New York Mellon  
Account Number / CD #: *******7165 Money Market Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 08/15/11 | | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | per court order of - 07/22/2011 | | | 15,000.00 | | 15,000.00 |
| | 7 | | DEPOSIT CHECK #4660 | | | | | |
| | 5 | | Memo Amount: 8,750.00 | | 1129-000 | | | 13,858.45 |
| | | | Memo Amount: 6,250.00 | | 1129-000 | | | |
| 08/26/11 | 001001 | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | per court order of 08/19/2011 | | 3610-000 | | 1,141.61 | 13,858.45 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 13,858.51 |
| 08/31/11 | INT | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 13,833.45 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.11 | | 13,833.56 |
| 09/30/11 | INT | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 28.42 | 13,805.14 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.11 | | 13,805.25 |
| 10/31/11 | INT | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 27.42 | 13,777.83 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.11 | | 13,777.94 |
| 11/30/11 | INT | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 30.19 | 13,747.75 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.11 | | 13,747.86 |
| 12/30/11 | INT | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 28.24 | 13,719.62 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.09 | | 13,719.71 |
| 01/26/12 | | Transfer to Acct #******3093 | Bank Funds Transfer | | 9999-000 | | 13,719.71 | 0.00 |

Page Subtotals    15,000.59    15,000.59

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 5)    Ver. 16.05

Page: 2
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-17209 -BB
Case Name: INC, PARKWAY IMAGING
Taxpayer ID No: ******0851
For Period Ending: 02/15/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: ******7165  Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | | 15,000.00 | | | |
| | | Memo Allocation Disbursements: | | 0.00 | | | |
| | | Memo Allocation Net: | | 15,000.00 | | | |
| | | | COLUMN TOTALS | | 15,000.59 | 15,000.59 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 13,719.71 | |
| | | | Subtotal | | 15,000.59 | 1,280.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,000.59 | 1,280.88 | |

Page Subtotals  0.00  0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 6)  Ver: 16.05

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-17209 -BB
Case Name: INC, PARKWAY IMAGING
Taxpayer ID No: *******0851
For Period Ending: 02/15/12

Trustee Name: BRADLEY J. WALLER
Bank Name: Congressional Bank
Account Number / CD #: *******3093  Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7165 | Bank Funds Transfer | 9999-000 | 13,719.71 | | 13,719.71 |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 13,719.71 | 0.00 | 13,719.71 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 13,719.71 | 0.00 | |
| | | Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 0.00 | 13,719.71 |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 0.00 | 13,719.71 |

|  |  | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCES |
| Money Market Account - *******7165 | 15,000.00 | 1,280.88 | 13,719.7 |
| Checking Account - *******3093 | 0.00 | 0.00 | 13,719.7 |
|  | 15,000.00 | 1,280.88 | |

(Excludes Account Transfers) (Excludes Payments To Debtors)

Total Allocation Receipts: 15,000.00
Total Allocation Disbursements: 0.00
Total Memo Allocation Net: 15,000.00

Page Subtotals 13,719.71 0.00