# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| INC, PARKWAY IMAGING | §   Case No. 11-17209 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom ,
Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/09/2012                    By: /s/ Bradley J. Waller
                                                              Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| INC, PARKWAY IMAGING | § | Case No. 11-17209 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 15,000.59 |
| and approved disbursements of | $ | 1,280.88 |
| leaving a balance on hand of[1] | $ | 13,719.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: BRADLEY J. WALLER | $ 2,250.05 | $ 0.00 | $ 2,250.05 |
| Trustee Expenses: BRADLEY J. WALLER | $ 138.50 | $ 0.00 | $ 138.50 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,520.00 | $ 0.00 | $ 1,520.00 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 3,908.55 |
| Remaining Balance | $ | 9,811.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 201,009.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FedEx Tech Connect Inc | $ 359.43 | $ 0.00 | $ 17.54 |
| 3 | Commonwealth Edison Company | $ 548.46 | $ 0.00 | $ 26.77 |
| 4 | Pakor | $ 1,061.38 | $ 0.00 | $ 51.81 |
| 5 | Uline | $ 123.54 | $ 0.00 | $ 6.03 |
| 6 | Alllied Waste Services | $ 199.17 | $ 0.00 | $ 9.72 |
| 7 | Drytac | $ 2,614.50 | $ 0.00 | $ 127.61 |
| 8 | FedEx Freight Inc | $ 230.72 | $ 0.00 | $ 11.26 |
| 9 | Midland Paper | $ 2,124.66 | $ 0.00 | $ 103.70 |
| 10 | American Express Bank, FSB | $ 41,371.07 | $ 0.00 | $ 2,019.30 |
| 11 | Sitex Realty Group, LLC | $ 152,376.70 | $ 0.00 | $ 7,437.42 |

Total to be paid to timely general unsecured creditors    $ 9,811.16

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
                              Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 11-17209-BWB
Parkway Imaging Inc                                       Chapter 7
      Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1      User: corrinal        Page 1 of 2        Date Rcvd: Jun 13, 2011
                          Form ID: ntcftfc7     Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2011.
db           +Parkway Imaging Inc,   913 Judy Drive,   Wilmington, IL 60481-1655
aty          +John A Reed,   John A Reed Ltd,   63 W Jefferson St  #200,   Joliet, IL 60432-4335
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
17172067     +Adapt-A-Pack,   201 W 6th street,   Lockport, IL 60441-3199
17172068     +Alllied Waste Services,   808 S Joliet Street,   Joliet, IL 60436-2716
17172070     +BCT,   701 N. Raddant,   Batavia, IL 60510-4218
17172072     +CSR Industries,   425 Fourth Street,   Dundee, IL 60118-1308
17172071     +Com Ed CCC,   c/o Revenue Mgmt - Bankruptcy Grp,   P.O. Box 87522,   Chicago, IL 60680-0522
17172073     +Digi-Graphics,   30 W 260 Butterfield Rd,   Warrenville, IL 60555-1554
17172074     +Digital Imaging Resources,   650 W Lakes Street # 120,   Chicago, IL 60661-1027
17172076      Duraco,   2011 Solution Center,   Chicago, IL 60677-2000
17172077     +Durst Image Technology US. LLC.,   50 Methodist Hill Drive,   Suite 100,
               Rochester, NY 14623-4268
17172078      Elan Credit Card,   P.O. Box 790408,   Saint Louis, MO 63179-0408
17172080     +FGL Cleaning Services, Inc.,   612 So Washington Street,   Elmhurst, IL 60126-4347
17172079     +Fed Ex,   4103 Collection Center Drive,   Chicago, IL 60693-0041
17264823     +FedEx Tech Connect Inc,   As Assignee of FedEx Express/Ground,
               3965 Airways Blvd,  Module G, 3rd Floor,   Memphis, Tennessee 38116-5017
17172081     +Great Harvest Bread Corporation,   PO Box 2203,   Bigfork, MT 59911-2203
17172082      Harris N.A.,   111 W Monroe Street,   Chicago, IL 60603-4095
17172083      Home Depot,   P.O. Box 6031,   The Lakes, NV 88901-9031
17172084     +I-Cut Tools,   801 Geneva Parkway N,   Lake Geneva, WI 53147-4562
17172085     +Laird Plastics,   PO Box 751298,   Charlotte, NC 28275
17172086     +Lewis Paper,   2300 Windor Court,   Addison, IL 60101-1491
17172087     +Lisa Mordente-Boyle,   913 Judy Drive,   Wilmington, IL 60481-1655
17172088     +Megapath Inc,   c/o Illinois Service Corporation,   801 Adlai Stevenson Drive,
               Springfield, IL 62703-4261
17172089      Metlife Term life insurance employe,   PO Box 804466,   Kansas City, MO 64180-4466
17172090     +Midland Paper,   101 East Palatine,   Wheeling, IL 60090-6512
17172091     +Orbus,   380 Veterans Parkway,   Bolingbrook, IL 60440-4627
17172092     +Pakor,   6450 Wedgewood Rd,   Suite110,   Osseo, MN 55311-3641
17172093     +Peter Mordente,   17W350 Scheel Drive,   Hinsdale, IL 60527-6012
17172094      Pitman Company,   PO Box 402779,   Atlanta, GA 30384-2779
17172095     +Precision Roller,   2102 W. Quail Ave,   Suite 1,   Phoenix, AZ 85027-2656
17172096     +Regal Business Machines,   1140 W Washington Blvd,   Chicago, IL 60607-2021
17172097     +Rohr Litho Inc.,   487 W Fullerton Avenue,   Elmhurst, IL 60126-1404
17172098      Shell Fleet,   PO Box 183019,   Columbus, OH 43218-3019
17172099     +Sitex Realty Group,   351 West Hubbard Street,   Suite 304,   Chicago, IL 60654-4466
17172100     +Smith Koelling Dykstra & Ohm,   1605 N. Convent,   Bourbonnais, IL 60914-1092
17172101      Starmark Employee Health Insurance,   75 Remittance Drive,   Suite 3087,   Chicago, IL 60675-3087
17172102     +Uline,   2200 S Lakeside Drive,   Waukegan, IL 60085-8311
17172103     +Yellow Page USA,   Open Business Directory Ltd,   One Post Office Square # 3600,
               Boston, MA 02109-2195
17172104     +Zund America,   5068 West Ashland Way,   Franklin, WI 53132-8177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17172066     +E-mail/Text: accounting@abcprint.com Jun 13 2011 23:48:59      ABC Business Forms,
               5654 N. Elston Ave,   Chicago, IL 60646-6599
17172069      EDI: AMEREXPR.COM Jun 13 2011 23:03:00      American Express,   P.O. Box 297812,
               Fort Lauderdale, FL 33329-7812
17172075     +E-mail/Text: timrader@drytac.com Jun 13 2011 23:52:06      Drytac,   5383 Glen Alden Drive,
               Richmond, VA 23231-4343
                                                                                              TOTAL: 3

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-17209-BWB
Parkway Imaging Inc                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: corrinal            Page 1 of 3              Date Rcvd: Mar 09, 2012
                               Form ID: pdf006           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2012.
```
db         +Parkway Imaging Inc,    913 Judy Drive,   Wilmington, IL 60481-1655
17172067   +Adapt-A-Pack,    201 W 6th street,    Lockport, IL 60441-3199
17172068   +Alllied Waste Services,    808 S Joliet Street,    Joliet, IL 60436-2716
17172069    American Express,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
17616589    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17172070   +BCT,   701 N. Raddant,    Batavia, IL 60510-4218
17172072   #+CSR Industries,    425 Fourth Street,    Dundee, IL 60118-1308
17172071   +Com Ed CCC,    c/o Revenue Mgmt - Bankruptcy Grp,    P.O. Box 87522,   Chicago, IL 60680-0522
17172073   +Digi-Graphics,    30 W 260 Butterfield Rd,    Warrenville, IL 60555-1554
17172074   +Digital Imaging Resources,    650 W Lakes Street # 120,    Chicago, IL 60661-1027
17172076    Duraco,   2011 Solution Center,    Chicago, IL 60677-2000
17172077   +Durst Image Technology US. LLC.,    50 Methodist Hill Drive,    Suite 100,
             Rochester, NY 14623-4268
17172078    Elan Credit Card,    P.O. Box 790408,    Saint Louis, MO 63179-0408
17172080   +FGL Cleaning Services, Inc.,    612 So Washington Street,    Elmhurst, IL 60126-4347
17172079   +Fed Ex,    4103 Collection Center Drive,    Chicago, IL 60693-0041
17514330    FedEx Freight Inc,    POB 840,    Harrison, AR 72602-0840
17264823   +FedEx Tech Connect Inc,    As Assignee of FedEx Express/Ground,
             3965 Airways Blvd,   Module G, 3rd Floor,   Memphis, Tennessee 38116-5017
17172081   +Great Harvest Bread Corporation,    PO Box 2203,   Bigfork, MT 59911-2203
17172082   +Harris N.A.,    Howard & Howard Attorneys PLLC,    200 S. Michigan Ave, Suite 1100,
             Chicago, IL 60604-2461
17172083    Home Depot,    P.O. Box 6031,   The Lakes, NV 88901-9031
17172084   +I-Cut Tools,    801 Geneva Parkway N,   Lake Geneva, WI 53147-4562
17172085   +Laird Plastics,    PO Box 751298,   Charlotte, NC 28275
17172086   +Lewis Paper,    2300 Windor Court,   Addison, IL 60101-1491
17172087   +Lisa Mordente-Boyle,    913 Judy Drive,   Wilmington, IL 60481-1655
17172088   +Megapath Inc,    c/o Illinois Service Corporation,    801 Adlai Stevenson Drive,
             Springfield, IL 62703-4261
17172089    Metlife Term life insurance employe,    PO Box 804466,    Kansas City, MO 64180-4466
17172090   +Midland Paper,    101 East Palatine,   Wheeling, IL 60090-6512
17172091   +Orbus,    380 Veterans Parkway,   Bolingbrook, IL 60440-4667
17172092   +Pakor,    6450 Wedgewood Rd,   Suite110,   Osseo, MN 55311-3645
17172093   +Peter Mordente,    17W350 Scheel Drive,   Hinsdale, IL 60527-6012
17172094    Pitman Company,    PO Box 402779,   Atlanta, GA 30384-2779
17172095   +Precision Roller,    2102 W. Quail Ave,   Suite 1,   Phoenix, AZ 85027-2656
17172096   +Regal Business Machines,    1140 W Washington Blvd,    Chicago, IL 60607-2021
17172097   +Rohr Litho Inc.,    487 W Fullerton Avenue,   Elmhurst, IL 60126-1404
17781940   +Scott David & Jeff Gansberg,    Much Shelist,et.al.,    191 N. Wacker Dr., Suite 1800,
             Chicago, IL 60606-1631
17172098    Shell Fleet,    PO Box 183019,   Columbus, OH 43218-3019
17172099   +Sitex Realty Group,    351 West Hubbard Street,   Suite 304,   Chicago, IL 60654-4466
17781994   +Sitex Realty Group, LLC,    c/o Scott David & Jeff Gansberg,    Much Shelist, et.al.,
             191 N. Wacker Dr., Suite 1800,    Chicago, IL 60606-1631
17172100   +Smith Koelling Dykstra & Ohm,    1605 N. Convent,   Bourbonnais, IL 60914-1092
17172101    Starmark Employee Health Insurance,    75 Remittance Drive,    Suite 3087,   Chicago, IL 60675-3087
17172102   +Uline,    2200 S Lakeside Drive,   Waukegan, IL 60085-8311
17172103   +Yellow Page USA,    Open Business Directory Ltd,    One Post Office Square # 3600,
             Boston, MA 02109-2195
17172104   +Zund America,    5068 West Ashland Way,   Franklin, WI 53132-8177
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17172066   +E-mail/Text: accounting@abcprint.com Mar 10 2012 03:06:50      ABC Business Forms,
             5654 N. Elston Ave,   Chicago, IL 60646-6599
17442839   +E-mail/Text: legalcollections@comed.com Mar 10 2012 03:05:59      Commonwealth Edison Company,
             3 Lincoln Center,   Oakbrook Terrace, IL 60181-4204
17172075   +E-mail/Text: timrader@drytac.com Mar 10 2012 03:08:28      Drytac,   5383 Glen Alden Drive,
             Richmond, VA 23231-4343
17840963   +E-mail/Text: bankrup@nicor.com Mar 10 2012 03:04:56      Nicor Gas,   P.O. Box 549,
             Aurora, IL 60507-0549
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: corrinal              Page 2 of 3              Date Rcvd: Mar 09, 2012
                              Form ID: pdf006             Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2012**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: corrinal              Page 3 of 3                  Date Rcvd: Mar 09, 2012
                              Form ID: pdf006             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2012 at the address(es) listed below:

          Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
          Donna  Rizzuto    on behalf of Creditor   HARRIS N.A. drizzuto@howardandhoward.com
          Jeffrey L. Gansberg    on behalf of Creditor   Sitex Realty Group jgansberg@muchshelist.com,
           nsulak@muchshelist.com
          John A Reed    on behalf of Debtor   Parkway Imaging Inc barbf@thebankruptcylaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                         TOTAL: 5