# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INC, PARKWAY IMAGING | § | Case No. 11-17209 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on          . The case was pending for    months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                           Trustee

     **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | HARRIS N.A. |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| American Auction Associates, Inc. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | ALLLIED WASTE SERVICES | | | | | |
| 10 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 3 | COMMONWEALTH EDISON COMPANY | | | | | |
| 7 | DRYTAC | | | | | |
| 8 | FEDEX FREIGHT INC | | | | | |
| 1 | FEDEX TECH CONNECT INC | | | | | |
| 9 | MIDLAND PAPER | | | | | |
| 4 | PAKOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | SITEX REALTY GROUP, LLC | | | | | |
| 5 | ULINE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-17209 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | INC, PARKWAY IMAGING | Date Filed (f) or Converted (c): | 04/22/11 (f) |
| | | 341(a) Meeting Date: | 06/08/11 |
| For Period Ending: 07/06/12 | | Claims Bar Date: | 09/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account at Harris Bank | 1.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Checking account with Standard Bank | 35.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Checking account with American Chartered Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Various accounts receivable- see attached docume | 45,127.72 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. 2006 Ford E 250 | 8,705.00 | 8,705.00 | | 6,250.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 2006 Lexus GS 300 | 13,575.00 | 13,575.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2008 Chevrolet HHR LS Wagon | 10,440.00 | 10,440.00 | | 8,750.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Durst Rho Printer - located at 1233 Naperville D | 20,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Zund cutting board Paid in full | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. Durst Lambda Pi5- paid in full | 8,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.59 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $107,933.72 $32,720.00 $15,000.59 $0.00

(Total Dollar Amount in Column 6)

Case 11-17209    Doc 44    Filed 07/12/12    Entered 07/12/12 11:11:18    Desc Main
Document      Page 8 of 13

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-17209    BB    Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | INC, PARKWAY IMAGING | Date Filed (f) or Converted (c): | 04/22/11 (f) |
| | | 341(a) Meeting Date: | 06/08/11 |
| | | Claims Bar Date: | 09/12/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-17209 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | INC, PARKWAY IMAGING | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******7165  Money Market Account |
| Taxpayer ID No: | *******0851 | | |
| For Period Ending: | 07/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/11 | | American Auction Associates, Inc. | per court order of - 07/22/2011 | | 15,000.00 | | 15,000.00 |
| | | 8515 S. Thomas Avenue | DEPOSIT CHECK #4660 | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| | 7 | | Memo Amount:       8,750.00 | 1129-000 | | | |
| | 5 | | Memo Amount:       6,250.00 | 1129-000 | | | |
| 08/26/11 | 001001 | American Auction Associates, Inc. | per court order of 08/19/2011 | 3610-000 | | 1,141.61 | 13,858.39 |
| | | 8515 S. Thomas Avenue | | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 13,858.45 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 13,833.45 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,833.56 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.42 | 13,805.14 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,805.25 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.42 | 13,777.83 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,777.94 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.19 | 13,747.75 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,747.86 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.24 | 13,719.62 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 13,719.71 |
| 01/26/12 | | Transfer to Acct #*******3093 | Bank Funds Transfer | 9999-000 | | 13,719.71 | 0.00 |

Page Subtotals         15,000.59         15,000.59

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-17209 -BB |
| Case Name: | INC, PARKWAY IMAGING |
| Taxpayer ID No: | *******0851 |
| For Period Ending: | 07/06/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7165  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 15,000.00 | COLUMN TOTALS | | 15,000.59 | 15,000.59 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 0.00 | 13,719.71 | |
| | | | Subtotal | | 15,000.59 | 1,280.88 | |
| | | Memo Allocation Net: 15,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,000.59 | 1,280.88 | |

Page Subtotals    0.00    0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-17209 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | INC, PARKWAY IMAGING | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3093  Checking Account |
| Taxpayer ID No: | *******0851 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******7165 | Bank Funds Transfer | 9999-000 | 13,719.71 | | 13,719.71 |
| 04/20/12 | 001001 | LEE G. SCHWENDNER, CPA | Accountant for Trustee Fees (Other) | 3410-000 | | 1,520.00 | 12,199.71 |
| | | DiGiovine, Hnilo, Jordan & Joh | | | | | |
| | | 2570 Foxfield Road, Suite 301 | | | | | |
| | | St. Charles, IL  60174 | | | | | |
| 04/20/12 | 001002 | BRADLEY J. WALLER | Trustee Expenses | 2200-000 | | 138.50 | 12,061.21 |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 04/20/12 | 001003 | BRADLEY J. WALLER | Trustee Compensation | 2100-000 | | 2,250.05 | 9,811.16 |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 04/20/12 | 001004 | FedEx Tech Connect Inc | Claim 1, Payment 4.87995% | 7100-000 | | 17.54 | 9,793.62 |
| | | As Assignee of FedEx Express/Ground | | | | | |
| | | 3965 Airways Blvd, Module G, 3rd Floor | | | | | |
| | | Memphis, TN  38115 | | | | | |
| 04/20/12 | 001005 | Commonwealth Edison Company | Claim 3, Payment 4.88094% | 7100-000 | | 26.77 | 9,766.85 |
| | | 3 Lincoln Center | | | | | |
| | | Oakbrook Terrace, IL  60181 | | | | | |
| 04/20/12 | 001006 | Pakor | Claim 4, Payment 4.88138% | 7100-000 | | 51.81 | 9,715.04 |
| | | 6450 Wedgewood Rd | | | | | |
| | | Suite110 | | | | | |
| | | Osseo, MN  55311 | | | | | |
| 04/20/12 | 001007 | Uline | Claim 5, Payment 4.88101% | 7100-000 | | 6.03 | 9,709.01 |
| | | 2200 S Lakeside Drive | | | | | |
| | | Waukegan, IL  60085 | | | | | |
| 04/20/12 | 001008 | Alllied Waste Services | Claim 6, Payment 4.88025% | 7100-000 | | 9.72 | 9,699.29 |
| | | 808 S Joliet Street | | | | | |
| | | Joliet, IL  60436 | | | | | |
| 04/20/12 | 001009 | Drytac | Claim 7, Payment 4.88086% | 7100-000 | | 127.61 | 9,571.68 |

| | | | | Page Subtotals | 13,719.71 | 4,148.03 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-17209 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | INC, PARKWAY IMAGING | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3093 Checking Account |
| Taxpayer ID No: | *******0851 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/12 | 001010 | 5383 Glen Alden Drive<br>Richmond, VA 23231<br>FedEx Freight Inc<br>POB 840<br>Harrison, AR 72602-0840 | Claim 8, Payment 4.88037% | 7100-000 | | 11.26 | 9,560.42 |
| 04/20/12 | 001011 | Midland Paper<br>101 East Palatine<br>Wheeling, IL 60090 | Claim 9, Payment 4.88078% | 7100-000 | | 103.70 | 9,456.72 |
| 04/20/12 | 001012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 10, Payment 4.88095% | 7100-000 | | 2,019.30 | 7,437.42 |
| 04/20/12 | 001013 | Sitex Realty Group, LLC<br>c/o Scott David & Jeff Gansberg,Much<br>Shelist, et.al.,191 N. Wacker Dr., Suite<br>Chicago, IL 60606 | Claim 11, Payment 4.88094% | 7100-000 | | 7,437.42 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 13,719.71 | 13,719.71 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 13,719.71 | 0.00 | |
| | | Subtotal | | 0.00 | 13,719.71 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 13,719.71 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 15,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******7165 | | 15,000.59 | 1,280.88 | 0.00 |
| | | Checking Account - *******3093 | | 0.00 | 13,719.71 | 0.00 |
| Total Memo Allocation Net: | 15,000.00 | | | ---------- | ---------- | ---------- |
| | | | | 15,000.59 | 15,000.59 | 0.00 |
| | | | | ========== | ========== | ========== |
| | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | | 0.00 | 9,571.68 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 11-17209 -BB | | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- |
| Case Name: | INC, PARKWAY IMAGING | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3093 Checking Account |
| Taxpayer ID No: | *******0851 | | | |
| For Period Ending: | 07/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********7165 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********3093 | | | | |

Page Subtotals        0.00        0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*